United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 96-3016

_____

John E. Ampleman,                           *
                                            *
            Appellant,                      *
                                            *   Appeal from the United States
    v.                                      *   District Court for the
                                            *   Eastern District of Missouri.
George Wimberly; Lesley Wimberly,           *        [UNPUBLISHED]
                                            *
            Appellees.                      *

_____

Submitted: December 30, 1997

Filed: January 9, 1998

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

John E. Ampleman appeals from the district court's[1] entry of judgment as a matter of law in favor of defendants in his diversity defamation action. Having reviewed the record and the parties' briefs, we conclude that the district court did not err in so ruling. The judgment is affirmed. See 8th Cir. R. 47B.

We deny Ampleman's motion to strike defendants' statement of facts.

_____

[1]The Honorable Jean C. Hamilton, Chief Judge, United States District Court for the Eastern District of Missouri.

A true copy.

Attest:

               CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.